UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN BUJARSKI,

    Plaintiff,

v.                                            CASE NO: 8:11-cv-2421-T-26TGW

COMPASS GROUP USA, INC.,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Compel and for Sanctions (Dkt. 4), filed in state court prior to removal to this Court, is denied without prejudice. Defendant may refile the motion but only after complying with the requirements of Local Rule 3.01(g). Counsel for the parties are, therefore, directed to confer *personally* within seven (7) days of the entry of this order in a good faith effort to resolve the issues raised in the motion. Plaintiff's counsel shall make himself available for such a conference.

**DONE AND ORDERED** at Tampa, Florida, on October 26, 2011.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record